DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL DAVID SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL DAVID SANDERS,<br><br>　　　　Defendant. | MAG 09-091-EFB<br><br>**STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br>AND EXCLUDING TIME**<br><br>DATE: April 8, 2009<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL DAVID SANDERS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that good cause exists to extend the preliminary hearing currently set for Wednesday, April 8, 2009 to Friday, April 17, 2009 at 2:00 p.m..

The parties agree to extend the time for the preliminary hearing because Mr. Sanders' employer requires his presence in Southern California for a pre-planned, pre-paid, three-day company training at which Mr. Sanders is to be the key presenter. Mr. Sanders' failure to

attend this meeting could seriously jeopardize his position with his current employer.

Additional time is also necessary so that defense counsel and the government can attempt to reach a pre-indictment resolution of the case against the defendant. The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because a pre-indictment resolution could reduce his overall sentencing exposure.

Counsel for both parties further stipulate time should be excluded under Local Code T4 to allow reasonable time to review discovery with defendant and investigate the facts of the case. 18 U.S.C. § 3161(h)(8); Local Code T4.

DATED: March 24, 2009         Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              MICHAEL DAVID SANDERS


DATED: March 24, 2009         LAWRENCE G. BROWN
                              Acting United States Attorney

                              /s/ Benjamin Galloway for
                              ROBIN TAYLOR
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

Dated:  March 24, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE