1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



**FILED**

FEB 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. CRS 09-230 JAM |
|---|---|
| Plaintiff, | ) MOTION TO FILE AFFIDAVIT OF SPECIAL AGENT JANET PALMORE EX PARTE AND UNDER SEAL |
| v. | |
| MICHAEL DAVID SANDERS, | ) Date: February 9, 2010 |
| | ) Time: 2:00 p.m. |
| | ) Hon. Gregory G. Hollows |
| Defendant. | |

The United States hereby applies for an order to file the the affidavit of Special Agent Janet Palmore, attached to this Motion to File Affidavit of Special Agent Janet Palmore Ex Parte and Under Seal, and the affidavit of Special Agent Janet Palmore, filed in the Motion to Revoke Pretrial Release under seal, on the grounds stated in the attached Affidavits.

DATED: 2/9 _____, 2009

*Robin Taylor*
ROBIN R. TAYLOR
Assistant U.S. Attorney

1

## Order

For the reasons set forth in the affidavit of Special Agent Janet Palmore, attached to this Motion to File Affidavit of Special Agent Janet Palmore Ex Parte and Under Seal, and the affidavit of Special Agent Janet Palmore, filed in the Motion to Revoke Pretrial Release Ex Parte and Under Seal, the Court orders that both documents shall be filed ex parte and under seal until further order of this Court.

DATED: Feb 9, 2010

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
U.S. Magistrate Judge