1

**RANDY E. THOMAS, ESQ./ SBN: 78411**
**Law Office of Randy E. Thomas**

2

**18826 N. Lower Sacramento Rd., Suite G**
**P.O. Box 717**

3

**Woodbridge, CA 95258-0717**
**Telephone: (209) 369-9255**

4

**Facsimile: (209) 369-9288**

5

**W. RUSSELL FIELDS, ESQ./ SBN: 166058**
**Law Offices of Russell Fields**

6

**1792 Tribute Road, Suite 400**
**Sacramento, CA 95815**

7

**Telephone: (916) 646-6100**
**Facsimile: (916) 646-8769**

8

9

Attorneys for Defendant,
MICHAEL DAVID SANDERS

10

11

UNITED STATES DISTRICT COURT

12

EASTERN DISTRICT OF CALIFORNIA

13

14

UNITED STATES OF AMERICA,

Case No.:  2:09-CR-0230 JAM

15

Plaintiff,

**STIPULATION AND ORDER**
**CONTINUING SENTENCING HEARING**

16

v.

17

MICHAEL DAVID SANDERS, aka "DAVID
DENNIS SANDERS" and "DAVE

18

SANDERS",

Date :   May 11, 2010
Time:    9:30 a.m.

19

Defendants.

Judge:   Hon. John A. Mendez

20

21

IT IS HEREBY stipulated and agreed to between the United States of America through,

22

ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL DAVID SANDERS, by

23

and through his counsel, RANDY E. THOMAS and W. RUSSELL FIELDS, that good cause

24

exists to extend the sentencing hearing currently set for Tuesday, May 11, 2010 at 9:30 a.m. to

25

July 27, 2010 at 9:30 a.m.

26

The reason for the continuance is that Ms. Taylor and Defense counsel need time to

27

further meet and confer on the sentencing for this matter. The parties agree that a further

28

meeting between counsel is in furtherance of the mandate of 18 U.S.C. § 3553(a)(2)(A), that the

---

-1-

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**

PDF created with pdfFactory trial version www.pdffactory.com

1  sentence imposed "reflect the seriousness of the offense, … promote respect for the law, and …

2  provide just punishment for the offense." Mr. Thomas has also been in a trial in San Joaquin

3  County and has not had sufficient time to meet with the defendant in order to submit proper

4  corrections to the Presentence Report for consideration by the Probation Officer, or to meet with

5  Ms. Taylor, who has been out of town on business.

6                                        **LAW OFFICE OF RANDY E. THOMAS**

7

8  DATED:  April 12, 2010                        /s/ Randy E. Thomas
                                         RANDY E. THOMAS
9                                        Attorney for Defendant, MICHAEL DAVID SANDERS

10

11                                       **LAW OFFICES OF RUSSELL FIELDS**

12 DATED:  April 12, 2010                        /s/ Randy E. Thomas for (as authorized on 4/12/10)
                                         W. RUSSELL FIELDS
13                                       Attorney for Defendant, MICHAEL DAVID SANDERS

14                                       **LAWRENCE G. BOWN**
                                         Acting United States Attorney
15

16 DATED:  April 12, 2010                        /s/ Randy E. Thomas for (as authorized on 4/12/10)
                                         ROBIN TAYLOR, Assistant U.S. Attorney
17                                       Attorney for Plaintiff

18

19

20                                              **ORDER**

21       **GOOD CAUSE APPEARING**, based on the Stipulation between the Government and

22 the Defendant Michael David Sanders through counsel that the sentencing hearing scheduled for

23 May 11, 2010, at 9:30 A.M., before this Court is hereby continued until July 27, 2010, at 9:30

24 A.M. before this Court.  **IT IS SO ORDERED**.

25

26 DATED:  April 12, 2010

27                                        /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
28                                       UNITED STATES MAGISTRATE JUDGE

---

-2-

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**

PDF created with pdfFactory trial version www.pdffactory.com