**RANDY E. THOMAS, ESQ./ SBN: 78411**
**Law Office of Randy E. Thomas**
**18826 N. Lower Sacramento Rd., Suite G**
**P.O. Box 717**
**Woodbridge, CA 95258-0717**
**Telephone: (209) 369-9255**
**Facsimile: (209) 369-9288**

**W. RUSSELL FIELDS, ESQ./ SBN: 166058**
**Law Offices of Russell Fields**
**1792 Tribute Road, Suite 400**
**Sacramento, CA 95815**
**Telephone: (916) 646-6100**
**Facsimile: (916) 646-8769**

Attorneys for Defendant,
MICHAEL DAVID SANDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL DAVID SANDERS, aka "DAVID DENNIS SANDERS" and "DAVE SANDERS",<br><br>　　　　Defendants. | Case No.: 2:09-CR-0230<br><br>**STIPULATION AND ORDER REGARDING CONTINUED SENTENCING HEARING FILING SCHEDULE**<br><br>Date : July 27, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　　IT IS HEREBY stipulated and agreed to between the United States of America through, ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL DAVID SANDERS, by and through his counsel, RANDY E. THOMAS and W. RUSSELL FIELDS, that the following filing schedule shall apply to the recently continued Sentencing Hearing, set for July 27, 2010 at 9:30 a.m., before Hon. Judge Mendez.

　　　　Pursuant to Local Rules, and the United States Probation Department, the following filing schedule shall apply:

-1-

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**

PDF created with pdfFactory trial version www.pdffactory.com

1     The previously granted, continued Judgment and Sentencing date is July 27, 2010.

2     Written objections to the Presentence Report shall be delivered to the Probation Officer
3 and Opposing Counsel no later than June 29, 2010.

4     The Presentence Report shall be filed with the Court and disclosed to all counsel no later
5 than July 6, 2010.

6     Any Motions for Correction of Presentence Report shall be filed and served on the
7 Probation Officer and Opposing Counsel no later than July 13, 2010.

8     A Reply, or Statement of Non-Opposition, is to be filed and served on the Probation
9 Officer and Opposing Counsel no later than, July 20, 2010.

**LAW OFFICE OF RANDY E. THOMAS**

DATED:  April 19, 2010       /s/ Randy E. Thomas
                                          RANDY E. THOMAS
                                          Attorney for Defendant, MICHAEL DAVID SANDERS

**LAW OFFICES OF RUSSELL FIELDS**

DATED:  April 19, 2010       /s/ Randy E. Thomas for (as authorized on 4/19/10)
                                          W. RUSSELL FIELDS
                                          Attorney for Defendant, MICHAEL DAVID SANDERS

**LAWRENCE G. BOWN**
Acting United States Attorney

DATED:  April 19, 2010       /s/ Randy E. Thomas for (as authorized on 4/19/10)
                                          ROBIN TAYLOR, Assistant U.S. Attorney
                                          Attorney for Plaintiff

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**

PDF created with pdfFactory trial version www.pdffactory.com

**RANDY E. THOMAS, ESQ./ SBN: 78411**
Law Office of Randy E. Thomas
18826 N. Lower Sacramento Rd., Suite G
P.O. Box 717
Woodbridge, CA 95258-0717
Telephone: (209) 369-9255
Facsimile: (209) 369-9288

**W. RUSSELL FIELDS, ESQ./ SBN: 166058**
Law Offices of Russell Fields
1792 Tribute Road, Suite 400
Sacramento, CA 95815
Telephone: (916) 646-6100
Facsimile: (916) 646-8769

Attorneys for Defendant,
MICHAEL DAVID SANDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL DAVID SANDERS, aka "DAVID DENNIS SANDERS" and "DAVE SANDERS",<br><br>  Defendants. | Case No.: 2:09-CR-0230<br><br>**ORDER REGARDING CONTINUED SENTENCING HEARING FILING SCHEDULE**<br><br>Date : July 27, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

**GOOD CAUSE APPEARING**, based on the Stipulation between the Government and the Defendant Michael David Sanders through counsel that the following filing schedule shall apply to the sentencing hearing in this matter, set for July 27, 2010, before this Court:

The previously granted, continued Judgment and Sentencing date is July 27, 2010.

Written objections to the Presentence Report shall be delivered to the Probation Officer and Opposing Counsel no later than June 29, 2010.

The Presentence Report shall be filed with the Court and disclosed to all counsel no later than July 6, 2010.

-3-

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**

PDF created with pdfFactory trial version www.pdffactory.com

1  Any Motions for Correction of Presentence Report shall be filed and served on the
2  Probation Officer and Opposing Counsel no later than July 13, 2010.
3  A Reply, or Statement of Non-Opposition, is to be filed and served on the Probation
4  Officer and Opposing Counsel no later than, July 20, 2010.

**IT IS SO ORDERED**.

**DATED:  April 19, 2010**

/s/ John A. Mendez_____

U. S. DISTRICT COURT JUDGE

-4-

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**

PDF created with pdfFactory trial version www.pdffactory.com