**RANDY E. THOMAS, ESQ./ SBN: 78411**
**Law Office of Randy E. Thomas**
**18826 N. Lower Sacramento Rd., Suite G**
**P.O. Box 717**
**Woodbridge, CA 95258-0717**
**Telephone: (209) 369-9255**
**Facsimile: (209) 369-9288**

**W. RUSSELL FIELDS, ESQ./ SBN: 166058**
**Law Offices of Russell Fields**
**1792 Tribute Road, Suite 400**
**Sacramento, CA 95815**
**Telephone: (916) 646-6100**
**Facsimile: (916) 646-8769**

Attorneys for Defendant,
MICHAEL DAVID SANDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL DAVID SANDERS, aka "DAVID DENNIS SANDERS" and "DAVE SANDERS",<br><br>    Defendants. | Case No.:  2:09-CR-0230 JAM<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING**<br><br><br>Date :   August 24, 2010<br>Time:   9:30 a.m.<br>Judge:  Hon. John A. Mendez |

     IT IS HEREBY stipulated and agreed to between the United States of America through, ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL DAVID SANDERS, by and through his counsel, RANDY E. THOMAS and W. RUSSELL FIELDS, that good cause exists to extend the sentencing hearing currently set for Tuesday, August 24, 2010 at 9:30 a.m. to September 7, 2010 at 9:30 a.m.

     The reason for the continuance is that Ms. Taylor and Defense counsel need time to further meet and confer on the sentencing for this matter. The parties agree that a further meeting between counsel is in furtherance of the mandate of 18 U.S.C. § 3553(a)(2)(A), that the

-1-

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**

PDF created with pdfFactory trial version www.pdffactory.com

sentence imposed "reflect the seriousness of the offense, … promote respect for the law, and … provide just punishment for the offense." Ms. Taylor has indicated that the prosecution may like to have their agents conduct further discussions with the Defendant regarding his cooperation aspect of the Plea Agreement, which could have an impact on his sentencing in this matter. The parties are also still working to clarify some issues in the presentence report.

**LAW OFFICE OF RANDY E. THOMAS**

DATED:  August 23, 2010          /s/ Randy E. Thomas
RANDY E. THOMAS
Attorney for Defendant, MICHAEL DAVID SANDERS

**LAW OFFICES OF RUSSELL FIELDS**

DATED:  August 23, 2010          /s/ Randy E. Thomas for (as authorized on 8/23/10)
W. RUSSELL FIELDS
Attorney for Defendant, MICHAEL DAVID SANDERS

**LAWRENCE G. BOWN**
Acting United States Attorney

DATED:  August 23, 2010          /s/ Randy E. Thomas for (as authorized on 8/23/10)
ROBIN TAYLOR, Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

**GOOD CAUSE APPEARING**, based on the Stipulation between the Government and the Defendant Michael David Sanders through counsel that the sentencing hearing scheduled for August 24, 2010, at 9:30 A.M., before this Court is hereby continued until September 7, 2010, at 9:30 A.M. before this Court. **IT IS SO ORDERED**.

DATED:  August 23, 2010

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**

PDF created with pdfFactory trial version www.pdffactory.com